PAUL TROPP, Respondent, *v.* EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.

Supreme Court, Appellate Term, First Department, November 9, 1943.

*Eugene Z. DuBose* for appellant.

*William Rosmarin* for respondent.

MEMORANDUM *Per Curiam.* In failing to correct his erroneous charge without qualification or condition, the trial court committed reversible error. (*Meyer* v. *Clark*, 45 N. Y. 285; *Orendorf* v. *New York Central & H. R. R. R. Co.*, 119 App. Div. 638.)

Judgment reversed and new trial ordered, with thirty dollars costs to appellant to abide the event.

SCHMUCK, McLAUGHLIN and HECHT, JJ., concur.